B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>**Eastern District of Virginia, Norfolk Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Brown Building Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **54-1269940** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4857 Dolton Dr**<br>**Virginia Beach, VA**<br><div align=right>ZIPCODE **23462-4408**</div> | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br><div align=right>ZIPCODE</div> |
| County of Residence or of the Principal Place of Business:<br>**Virginia Beach City** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**4857 Dolton Dr**<br>**Virginia Beach, VA**<br><div align=right>ZIPCODE **23462-4408**</div> | Mailing Address of Joint Debtor (if different from street address):<br><br><div align=right>ZIPCODE</div> |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**4857 Dolton Dr, Virginia Beach, VA** <div align=right>ZIPCODE **23462-4408**</div> ||

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>**Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☑ Chapter 11      Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>   debts, defined in 11 U.S.C.      business debts.<br>   § 101(8) as "incurred by an<br>   individual primarily for a<br>   personal, family, or house-<br>   hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☑ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1) (04/13)                                                                                            Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Brown Building Corporation** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)                               Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)  (04/13)    Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Brown Building Corporation** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ William Harville**
Signature of Attorney for Debtor(s)

**William Harville 19802**
**Salmon Harville**
**PO Box 1572**
**Charlottesville, VA  22902-1572**
**(434) 214-0210  Fax: (757) 353-4395**
**harvillelaw@gmail.com**

**January 29, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David Brown**
Signature of Authorized Individual

**David Brown**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**January 29, 2015**
Date

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Eastern District of Virginia, Norfolk Division

IN RE:                                                              Case No. _____

**Brown Building Corporation**                                     Chapter **11**
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **RND Refrigeration**<br>**4857 Dolton Dr**<br>**Virginia Beach, VA  23462-4408** | | | | **374,088.00** |
| **Haycox, Frederick  III**<br>**4901 Cleveland St**<br>**Virginia Beach, VA  23462-5320** | | | | **325,787.00** |
| **David H. Martin Excavating**<br>**4971 Cumberland Hwy**<br>**Chambersburg, PA  17202-9655** | | | | **152,437.00** |
| **5G Electric, LLC**<br>**428 Duplin St**<br>**Virginia Beach, VA  23452-4106** | | | | **105,232.56** |
| **Ocean Drywall, Inc.**<br>**104 Aragona Blvd**<br>**Virginia Beach, VA  23462-2737** | | | | **89,312.89** |
| **United Flooring**<br>**5 Gilleo Dr**<br>**Westerly, RI  02891-3312** | | | | **84,993.90** |
| **Finley Asphalt & sealing**<br>**7861 David Williams Way**<br>**Bristow, VA  20136-1156** | | | | **83,530.00** |
| **Vertical Construction Managment**<br>**1211 S White Chapel Blvd**<br>**Southlake, TX  76092-9303** | | | | **75,667.00** |
| **Williams Development Co LLC**<br>**PO Box 7100**<br>**Virginia Beach, VA  23457-0100** | | | | **65,320.32** |
| **DBS Roofing**<br>**7600 Fullerton Rd Apt J**<br>**Springfield, VA  22153-2814** | | | | **58,179.00** |
| **Asphalt Roads & Materials Co.**<br>**PO Box 62423**<br>**Virginia Beach, VA  23466-2423** | | | | **55,295.00** |
| **Home Depot Credit Services**<br>**PO Box 689055**<br>**Des Moines, IA  50368-9055** | | | | **54,556.84** |
| **Sunbelt Rentals, Inc.**<br>**PO Box 409211**<br>**Atlanta, GA  30384-9211** | | | | **49,790.78** |
| **BB&T**<br>**Headquarters BB&T Corporation**<br>**200 W 2nd St**<br>**Winston Salem, NC  27101-4019** | | | | **48,298.65** |

**Lowe's**
**PO Box 281791**
**Atlanta, GA  30384-1791**                                                          **40,636.06**

**Tidewater Block LLC**
**PO Box 1546**
**Suffolk, VA  23439-1546**                                                          **38,379.86**

**Fath Masonry**
**7406 Castle Rd**
**Manassas, VA  20109-3003**                                                         **38,285.09**

**SevenFiveSeven Const Svcs**
**341 Cleveland Pl Ste**
**Virginia Beach, VA  23462-6547**                                                   **36,462.07**

**United Roofing Contractos Inc**
**4200 Long Meadow Rd**
**Middletown, VA  22645-3510**                                                       **33,375.00**

**L&D Associates**
**935 Good Hope Church Rd**
**Aroda, VA  22709-0978**                                                            **32,472.60**

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **January 29, 2015**                    Signature:  **/s/ David Brown**

                                                **David Brown, Vice Persident**
                                                                                    <span style="font-size:smaller">(Print Name and Title)</span>

**United States Bankruptcy Court**
**Eastern District of Virginia, Norfolk Division**

**IN RE:**                                                                Case No. _____

_____    Chapter **11** _____
**Brown Building Corporation**
                            Debtor(s)

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on computer diskette or by a typed hard copy in scannable format, with Request for Waiver attached, is a true , correct, and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via:

(a) ✔   computer diskette listing a total of ____ **272** creditors; or

(b) ____ scannable hard copy, with Request for Waiver attached, consisting of _____ pages
        listing a total of _____ creditors

                    */s/ David Brown* _____
                                        Debtor

                    _____
                                        Joint Debtor

Date: **January 29, 2015** _____

*[Check if applicable]* ____ Creditor(s) with foreign addresses included on disk/hard copy.

[diskcs ver. R-1/2003]

5G Electric, LLC
428 Duplin St
Virginia Beach, VA  23452-4106


A Cleaning Service, Inc.
4941 Glen Summit Dr
Perry Hall, MD  21128-9811


A.H. Harris & Sons, Inc
PO Box 418827
Boston, MA  02241-8827


A1 Landscape & Lawn Center
198 Hickory Springs Ind Dr
Canton, GA  30115-7927


Abatement Technical Svc
5866 Adderley St
Norfolk, VA  23502-4602


ABC Supply Co.
PO Box 402177
Atlanta, GA  30384-2177


Absolute Electric, LLC
111 Carpenter Dr Ste C
Sterling, VA  20164-4462

Absolute Floors, Inc.
14116 Shelby Cir
Hagerstown, MD  21740-2458


Acoustical Ceiling Supply
4104 Holland Blvd Ste 1
Chesapeake, VA  23323-1534


Acton Mobile Industries
PO Box 758689
Baltimore, MD  21275-8689


Air Conditioning Equip Sales
7314 Impala Dr
Richmond, VA  23228-4204


All Seasons Landscaping/Irrig
58 Le Way Dr
Fredericksburg, VA  22406-1030


Allegheny Glass & Mirror Serv.
650 Frederick St
Hagerstown, MD  21740-6815


Allied Concrete Products LLC
3900 Shannon St
Chesapeake, VA  23324-1054

Allied Trailer Sales & Rentals
PO Box 427
Savage, MD  20763-0427


Always Clean Services, Inc.
PO Box 8212
Virginia Beach, VA  23450-8212


American Road Markings LLC
3002 Arizona Ave
Norfolk, VA  23513-4111


Ameritas Life Ins. Corp
PO Box 86632
Lincoln, NE  68501-6632


Ameritas Life Insurance
5900 O St
Lincoln, NE  68510-2234


Annandale Balancing Co, Inc
6121 Lincolnia Rd Ste 202
Alexandria, VA  22312-2707


Arcet Equipment Company
PO Box 26269
Richmond, VA  23260-6269

Asphalt Roads & Materials Co.
PO Box 62423
Virginia Beach, VA  23466-2423


Atlantech Distribution, Inc
PO Box 60838
Charlotte, NC  28260-0838


Atlantic Clearing & Grading
1337 Downs Ln
Virginia Beach, VA  23455-3706


Atlantic Shoreline Co
225 First Colonial Rd
Virginia Beach, VA  23454-4603


Atlas Glass & Metal
110 Coopers Dr
Newark, DE  19702-2119


B&B Enterprises
PO Box 2535
Suffolk, VA  23432-0535


Baird Concrete Corp
PO Box 5817
Fredericksburg, VA  22403-5817

Baker Roofing Company of Norfolk
2043 Church St
Norfolk, VA  23504-2332


Barrier Termite and Pest
PO Box 1124
Sterling, VA  20167-8400


Bay Area Irrigation
744 Shillelagh Rd
Chesapeake, VA  23323-6505


BB&T
Corporate Headquarters BB&T Corporation
200 W 2nd St
Winston Salem, NC  27101-4019


BB&T
Headquarters BB&T Corporation
200 W 2nd St
Winston Salem, NC  27101-4019


Beach Door Service, Inc.
5788 Arrowhead Dr
Virginia Beach, VA  23462-3219


Beach Framing Inc
1916 Countryside Ln
Virginia Beach, VA  23454-3555

Beasley Concrete Inc
PO Box 322
Milford, VA  22514-0322


BFPE
PO Box 418897
Boston, MA  02241-8897


Binswager Glass
1500 Tomlynn St Ste B
Richmond, VA  23230-3350


Binswager Glass #151
5271 S Laburnum Ave
Richmond, VA  23231-4411


Binswager Glass, #026
623 First Colonial Rd
Virginia Beach, VA  23451-6121


Binswager Glass, #39
1500 Tomlynn St Ste B
Richmond, VA  23230-3350


Binswanger Glass Co.
PO Box 740209
Atlanta, GA  30374-0209

Branche Industries, Inc.
PO Box 62584
Virginia Beach, VA  23466-2584


Brick Works Unlimited
1118 Winburne Ln
Norfolk, VA  23502-2838


Budget Barrel, Inc.
PO Box 3103
Chesapeake, VA  23327-3103


Bunting Door & Hardware Co, Inc.
9351 Philadelphia Rd Ste G
Baltimore, MD  21237-4164


Burton & Robinson, Inc.
3910 Pickett Rd
Fairfax, VA  22031-4003


Burton Enterprises, Inc
PO Box 66205
Virginia Beach, VA  23466-6205


Capital Rentals
44232 Mercure Cir
Dulles, VA  20166-2008

Captiveaire Systems, Inc
PO Box 60270
Charlotte, NC  28260-0270


Carolina Fire Control Inc
600 Port Centre Pkwy
Portsmouth, VA  23704-5900


Chesapeake Bay Masonry
2948 Bruce Sta
Chesapeake, VA  23321-4256


Chesapeake Employers
PO Box 17076
Baltimore, MD  21297-0421


Comcast
PO Box 3005
Southeastern, PA  19398-3005


Commonwealth Lock & Key Co.
PO Box 66382
Virginia Beach, VA  23466-6382


Con-Serv Industries, Inc
PO Box 650490
Sterling, VA  20165-0490

Construction Labor Contractors of Nor
349 Southport Cir # 110
Virginia Beach, VA  23452-1161


Construction labor Group
3380 Brecksville Rd Ste 200
Richfield, OH  44286-9802


Cox Communications
PO Box 183124
Columbus, OH  43218-3124


Crown Floors
1502 Westover Ave SW
Roanoke, VA  24015-5214


CRWS, T/A Shanks
3616 Summit Crossing Rd
Fredericksburg, VA  22408-0458


CT Corporation
PO Box 4349
Carol Stream, IL  60197-4349


Dal-Tile Corp and Marquis Tile
7834 C F Hawn Fwy
Dallas, TX  75217-6529

Davenport Insulation
PO Box 534451
Atlanta, GA  30353-4451


David A Bramble, Inc
PO Box 419
Chestertown, MD  21620-0419


David Allen Company
PO Box 27705
Raleigh, NC  27611-7705


David H. Martin Excavating
4971 Cumberland Hwy
Chambersburg, PA  17202-9655


DBS Roofing
7600 Fullerton Rd Apt J
Springfield, VA  22153-2814


Deer Park Spring Water Co.
PO Box 856192
Louisville, KY  40285-6192


Degrange Concrete
11058 Burkett Rd
Greencastle, PA  17225-9352

Delmarva Trailer Sales & Rent
7431 Washington Blvd
Elkridge, MD  21075-6331


Diamond Equipment Contracting
520 Central Dr # 104
Virginia Beach, VA  23454-5232


Dickerson Construction, LLC
4920 Millridge Pkwy E # 214
Midlothian, VA  23112-4857


Diesel Works and Auto
2717 Sonic Dr Ste 101
Virginia Beach, VA  23453-3126


Division of Motor Vehicles
PO Box 25850
Richmond, VA  23260-5850


Dodson Glass & Mirror, Inc.
1309 Seminole Trl
Charlottesville, VA  22901-1723


Dominion Contract Carpets, Inc.
7400 Central Business Park Dr
Norfolk, VA  23513-2828

Dominion Virginia Power
PO Box 26543
Richmond, VA  23290-0001


Door Engineering Corp
1234 Ballentine Blvd
Norfolk, VA  23504-3806


Dover Plumbing Supply Co.
PO Box 342
Dover, DE  19903-0342


Driven Construction
1816 Ebb Cove Ct
Newport News, VA  23602-8828


Dubrock Concrete, Inc.
4215 Lafayette Center Dr Ste 1
Chantilly, VA  20151-1243


Duncan Welding Inc
738 Burrow Ave
Chesapeake, VA  23324-1010


Dutch Gap Striping, Inc
1939 Woodberry Mill Rd Apt A
Powhatan, VA  23139-5300

E.F. Bavis & Assoc. Inc.
201 Grandin Rd
Maineville, OH  45039-9762


E.V. Williams, Inc
PO Box 65128
Virginia Beach, VA  23467-5128


Eck Supply Company
PO Box 890250
Charlotte, NC  28289-0250


ECS Mid-Atlantic LLC
14026 Thunderbolt Pl # 1
Chantilly, VA  20151-3295


Ed Lawrence Construction Co
964 Belle Plains Rd
Fredericksburg, VA  22405-3479


Edward Cole
232 E Westmont Ave
Norfolk, VA  23503-4936


Elbow Road Farm, Inc
1400 Elbow Rd
Chesapeake, VA  23320-3032

Elder Flag Mfg. Co Inc
1000 W Rawson Ave
Oak Creek, WI  53154-1445


Electronic Systems, Inc
369 Edwin Dr
Virginia Beach, VA  23462-4522


Elizabeth River Tunnels
PO Box 4802
Wilmington, NC  28406-1802


Elm Invest-T/A So Sheet Metal
114 Plover Dr
Suffolk, VA  23434-6320


Enterprise Leasing
Enterprise Fleet Management Customer Bil
PO Box 800089
Kansas City, MO  64180-0089


Ernest W. Thurston & Son
18 Greenwood Cir
Columbia, VA  23038-3102


Eure Equpment Rentals, Inc
PO Box 2232
Chesapeake, VA  23327-2232

Eure Site Solutions, Inc.
1313 Priority Ln
Chesapeake, VA  23324-1312


Eurowest Decorative Surfaces
314 W Superior St Ste 201
Chicago, IL  60654-3538


F.V. Vleck Company
2300 Sinclair Ln
Baltimore, MD  21213-1330


Fab Tech V Industries
80 Commerce Ave
Greencastle, PA  17225-9470


Facilities Management Co LLC
930 Old Harmony Rd
Newark, DE  19713-4161


Fanton and Associ. LLC
2524 Squadron Ct
Virginia Beach, VA  23453-3185


Fastenal Company
PO Box 978
Winona, MN  55987-0978

Fath Masonry
7406 Castle Rd
Manassas, VA  20109-3003


Fath Masonry Hagerstown
860 Oak St
Hagerstown, MD  21740-6470


Fedex
PO Box 371461
Pittsburgh, PA  15250-7461


Finley Asphalt & sealing
7861 David Williams Way
Bristow, VA  20136-1156


Frank T. Williams Farms
5021 Morris Neck Rd
Virginia Beach, VA  23457-1351


Frederick Ceilings Inc
PO Box 3288
Frederick, MD  21705-3288


Freeman & Assoc.
PO Box 460
Carrollton, VA  23314-0460

General Electric Co/GE Appl
PO Box 402271
Atlanta, GA  30384-2271


Gladhill Pest Control
PO Box 41
State Line, PA  17263-0041


Global Contact Intl Pub Cor
16 W Main St Ste B
Marlton, NJ  08053-2092


Global Environmental & Remed
2632 S Childs Rd
Kearneysville, WV  25430-5827


Gotugo
7355 Green Acres Dr
Glen Burnie, MD  21060-8316


Green's Septic Svc
171 Stone Hill Ln
Berryville, VA  22611-3226


Ground Penetrating Radar Sys
6800 W Central Ave Ste E
Toledo, OH  43617-1135

H&H Equipment Svcs Inc
PO Box 849850
Dallas, TX  75284-9850


H&W Construction Co. Inc
PO Box 2468
Winchester, VA  22604-1668


Harleysville
6806 Paragon Pl
Richmond, VA  23230-1824


Harvey's Building Corporation
805 Canal Dr
Chesapeake, VA  23323-4521


Haycox, Frederick  III
4901 Cleveland St
Virginia Beach, VA  23462-5320


Hercules Fence Divn
1526 Early St
Norfolk, VA  23502-1604


Hermitage Roofing Co Inc
11106 Air Park Rd
Ashland, VA  23005-3428

Hoffman & Hoffman
PO Box 896000
Charlotte, NC  28289-6000


Home Depot Credit Services
PO Box 689055
Des Moines, IA  50368-9055


HRRC
1613 Centerville Tpke
Virginia Beach, VA  23464-6521


Infra Tech, LLC
2117 Cromwell Dr
Norfolk, VA  23509-2023


Innovative Floor Systems
6800 McLean Way
Glen Burnie, MD  21060-6419


International Construction
3021 Ballentine Blvd
Norfolk, VA  23509-2529


James City County Treasurer
PO Box 8784
Williamsburg, VA  23187-8784

JC Sawing Inc
PO Box 1652
Chesapeake, VA  23327-1652


Jefco Inc
11501 N Lakeridge Pkwy
Ashland, VA  23005-8051


JM Clements Plumbing
6412 Wedgewood Rd
Mechanicsville, VA  23111-4613


Jordan's Carpentry, Inc
8400 S Carolina Ct
Spotsylvania, VA  22553-3801


JW Applicators LLC
7201 Pine Dr
Annandale, VA  22003-5846


K&S Plumbing
387 Flanigan Branch Rd
Ridgeway, VA  24148-4035


Kamco Services
7138 Duffie Dr
Williamsburg, VA  23185-5301

Keep It Simple Storage
4816 Pods Way
Chesapeake, VA  23320-6357


Kempsville Bldg Materials
3300 Business Center Dr
Chesapeake, VA  23323-2638


KF Wilson Contractor Inc
2972 N Armistead Ave
Hampton, VA  23666-1632


Kriss Contracting
1523 Gunter Rd # 184
Hartly, DE  19953


L&D Associates
935 Good Hope Church Rd
Aroda, VA  22709-0978


Labor Finders of Virginia
PO Box 785
Manassas, VA  20113-0785


Labor Ready Mid-Atlantic, Inc
PO Box 820145
Philadelphia, PA  19182-0145

Land Survey Solutions PLLC
PO Box 1960
Spotsylvania, VA  22553-6802


Law Enforcement Systems Inc
930 W 5th Ave
Corsicana, TX  75110-5106


LG Riley Excavating & Hauling
270 Helmet Dr
Martinsburg, WV  25404-7117


Lone Cedar. Inc
4224 Shannon Hill Rd
Columbia, VA  23038-2223


Lowe's
PO Box 281791
Atlanta, GA  30384-1791


Luck Stone Corporation
PO Box 29871
Richmond, VA  23242-0871


Magic City Sprinkler Inc.
1601 Granby St NE
Roanoke, VA  24012-6017

Marquis Tile
PO Box 160
Holly Springs, GA  30142-0003


Martz Plumbing Heating & A/C
216 W 5th St
Waynesboro, PA  17268-1919


Master Plumbers, Inc
7607 Bridgette Ln
Norfolk, VA  23518-4601


Metro Steel, Inc
14286 Fleetwood Dr
Nokesville, VA  20181-2620


Midwest Firestop, Inc.
103 W Hillsboro Dr
Pendleton, IN  46064-9197


Miller Paneling Specialties
PO Box 270
Woodland, CA  95776-0270


Mobile Mini, Inc.
7420 S Kyrene Rd Ste 1
Tempe, AZ  85283-4610

Mountain Masonry
PO Box 7000
Charlottesville, VA  22906-7000


Moyock Fark, dba Currituck Sand
461 Caratoke Hwy
Moyock, NC  27958-8608


Nansemond Pre-cast concreto co
3737 Nansemond Pkwy
Suffolk, VA  23435-1217


National Construction Rental
PO Box 4503
Pacoima, CA  91333-4503


National HVAC Products, LLC
4585 140th Ave N Ste 1
Clearwater, FL  33762-3806


National Roofing Corporation
5463 Nansemond Pkwy
Suffolk, VA  23435-2114


Neff Rental, Inc.
9030 Burge Ave
Richmond, VA  23237-2960

Newton Distributing Co
966 Watertown St
Newton, MA  02465-2126


North Landing Electric Co.
PO Box 56407
Virginia Beach, VA  23456-9407


Ocean Drywall, Inc.
104 Aragona Blvd
Virginia Beach, VA  23462-2737


Office Pride
170 N Jackson St Ste A
Franklin, IN  46131-1766


Oldcastle Architectural
PO Box 281479
Atlanta, GA  30384-1479


Outland, Gray, O'Keefe & Hubbard
PO Box 2250
Chesapeake, VA  23327-2250


P-D Interiors, Inc.
PO Box 1137
Waynesboro, VA  22980-0820

Pacific Life
PO Box 100957
Pasadena, CA  91189-0003


Paramount Glass & Frame
PO Box 44440
Baltimore, MD  21236-6440


Patriot Electric & mech
7602 Energy Pkwy
Baltimore, MD  21226-1736


PC Dimagno, Engineers & Sur
61 Eagle School Rd
Martinsburg, WV  25404-7502


Peninsula Roofing Co In
1209 N Salisbury Blvd
Salisbury, MD  21801-3644


Pennsyvania One Call System
PO Box 641121
Pittsburgh, PA  15264-1121


Perfect Flooring LLC
7334 Luck Ave
Mechanicsville, VA  23111-1708

Piedmont Fabrications
1317 Cavalier Blvd
Chesapeake, VA  23323-1501


Piedmont Service Group
533 Byron St Ste 1
Chesapeake, VA  23320-6652


PM&E Design group
291 Independence Blvd # 423
Virginia Beach, VA  23462-5474


Potomac Edison
PO Box 3615
Akron, OH  44309-3615


Potomac Paint & Design
3610 King St # 3
Alexandria, VA  22302-1908


Preston Roofing Inc
11678 River Crest Dr
Gloucester, VA  23061-2515


Prime Concrete Construction Co
PO Box 6616
Virginia Beach, VA  23456-0616

Priority Electrical Svc.
2420 Virginia Beach Blvd
Virginia Beach, VA  23454-4000


Pro-Pave Inc
21563 Stonetree Ct
Sterling, VA  20166-9256


Quality Building Products
PO Box 534451
Atlanta, GA  30353-4451


Quality Plumbing & Electrical
1620 Centerville Tpke Ste 110
Virginia Beach, VA  23464-6500


RBS Enterprises
PO Box 263
Downingtown, PA  19335-0263


RE Lee Electric Co. Inc.
PO Box 289
Newington, VA  22122-0289


Ready Access
1815 Arthur Dr
West Chicago, IL  60185-1601

Rentals Unlimited Inc
PO Box 600
Clarksburg, MD  20871-0600


Riverside Brick & Supply Co
PO Box 24096
Richmond, VA  23224-0096


RJF International Corp
3875 Embassy Pkwy Ste 110
Akron, OH  44333-8334


RND Refrigeration
4857 Dolton Dr
Virginia Beach, VA  23462-4408


Roanoke Engineering Sales
3961 Deep Rock Rd
Henrico, VA  23233-1433


Roberts Awning and Sign
1791 Midway Ave
Petersburg, VA  23803-2819


Roc Plubing & Heating
495 Rivervale Ave
Norwood, NJ  07648-1524

Rock Solid Surfaces
2433 Castleton Commerce Way
Virginia Beach, VA  23456-5497


RODA Associates
PO Box 62329
Virginia Beach, VA  23466-2329


Roll-Off Dumpster Direct
37 S Valley Rd Ste 2
Paoli, PA  19301-1407


Rosenbaum Fence Company
1666 W Pembroke Ave
Hampton, VA  23661-1902


S.E. Parker, Inc.
4104 Holland Blvd Ste 100
Chesapeake, VA  23323-1534


Salisbury Brick Co Inc.
PO Box 254
Salisbury, MD  21803-0254


SevenFiveSeven Const Svcs
341 Cleveland Pl Ste
Virginia Beach, VA  23462-6547

Shelly & Witter
11142 Williamsport Pike
Greencastle, PA  17225-8516


Shenandoah Valley Elec Inspec
236 Braeburn Dr
Martinsburg, WV  25403-7286


SL Johnson
PO Box 5720
Rockville, MD  20855-0720


Smithfiled Plumbing
420 Muirfield
Smithfield, VA  23430-8500


Southern Maryland Glass, LLC
6620 Dobbins Pl
La Plata, MD  20646-3372


Southland Insulators
8521 Quarry Rd
Manassas, VA  20110-5314


Spring Mills Apts Llc
222 Langston Blvd
Martinsburg, WV  25404-6598

Stafford County - Utilities
2128 Jefferson Davis Hwy Ste 203
Stafford, VA  22554-7293


Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA  30384-9211


Sunnyfiled Contractors
150 Sunnyfield Ln
Dover, DE  19904-1657


TCS Materials, Inc
PO Box 101131
Atlanta, GA  30392-1131


The Sherwin Williams Co
3800 Holland Rd Ste 105
Virginia Beach, VA  23452-2800


The Supply Room Companies Inc
PO Box 791416
Baltimore, MD  21279-1416


The Tile Shop
14000 Carlson Pkwy
Plymouth, MN  55441-5305

The Trane Company
PO Box 406469
Atlanta, GA  30384-6469


Theodore Griffin, Jr
2005 Hollins Ct
Chesapeake, VA  23320-2507


Theros Equipment
PO Box 804
Gainesville, VA  20156-0804


Thomas, Bennett & Hunter, Inc.
70 John St
Westminster, MD  21157-4835


Thrasher Sand Company
144 Lazy Corner Rd
Moyock, NC  27958-9355


Thrasher Sand Company, Inc
1400 Elbow Rd
Chesapeake, VA  23320-3032


Tidewater Auto Electic
5192 Virginia Beach Blvd
Virginia Beach, VA  23462-1824

Tidewater Block LLC
PO Box 1546
Suffolk, VA  23439-1546


Tidewater Commercial Ceilings
PO Box 26340
San Diego, CA  92196-0340


Tidy Services
2011 Cook Dr
Salem, VA  24153-7236


Titan Sign & Awning Corp
11001 Pierson Dr
Fredericksburg, VA  22408-2079


Titan Virginia Ready Mix LLC
PO Box 7892
Richmond, VA  23231-0392


Treasurer, City of Virginia Beach
2401 Courthouse Dr # 117
Virginia Beach, VA  23456-9120


Ty's Hauling & Paving Inc
2900 Bells Rd
Richmond, VA  23234-1606

Tyco Simplex grinnell
50 Technology Dr
Westminster, MA  01441


UFP Mid Atlantic LLc
5631 S NC Highway 62
Burlington, NC  27215-9025


United Contractors of VA GSIA
8001 Franklin Farms Dr # 2
Richmond, VA  23229-5108


United Flooring
5 Gilleo Dr
Westerly, RI  02891-3312


United Rentals, Inc.
PO Box 100711
Atlanta, GA  30384-0711


United Roofing Contractos Inc
4200 Long Meadow Rd
Middletown, VA  22645-3510


United Site Service of MD Inc
PO Box 5502
Binghamton, NY  13902-5502

United Wreckers & Excavators
2771 Butlers Chapel Rd
Martinsburg, WV  25403-0249


Universal Manufacturing Co Inc
5366 Crestview Dr
Memphis, TN  38134-6416


US Dept of Labor-OSHA
200 Granby St Ofc
Norfolk, VA  23510-1811


US Dept of Labor-OSHA
Delinquent Accounts
PO Box 2422
Washington, DC  20013-2422


US Electric Co., Inc
2403 W Main St
Richmond, VA  23220-4436


US Structures Company Inc
1200 Pheasant Run Dr
Canal Winchester, OH  43110-8873


Valley Directional Drilling
21177 Resort Rd
Shade Gap, PA  17255-8924

Vengroff Willams
PO Box 41
Sarasota, FL  34230-0041


Vertical Construction Managment
1211 S White Chapel Blvd
Southlake, TX  76092-9303


Villa Lighting Supply
2929 Chouteau Ave
Saint Louis, MO  63103-2903


Virginia Equipment Rental Co.
551 Freeman Ave
Chesapeake, VA  23324-1067


Virginia Storage Systems, Inc.
PO Box 5606
Chesapeake, VA  23324-0868


Vulcan Materials Co
2415 Lafayette Blvd
Norfolk, VA  23509-1919


W.O. Grubb
5120 Jefferson Davis Hwy
Richmond, VA  23234-2252

Wadley & Company Inc
4986 Euclid Rd Ste 2
Virginia Beach, VA  23462-5803


Waste management of Delaware
PO Box 13648
Philadelphia, PA  19101-3648


Waste Management of Maryland
PO Box 13648
Philadelphia, PA  19101-3648


Waterway Plumbing, Inc.
803 Bedford St
Chesapeake, VA  23322-1603


Weatherseal Insulation Company
2314 Chapel Spring Ln
Free Union, VA  22940-1923


Weld Technology of VA, LLC
611 Industrial Park Dr Ste C
Newport News, VA  23608-1468


West End Crane Rental
4333 Cox Rd
Glen Allen, VA  23060-3359

Wex Bank
PO Box 6293
Carol Stream, IL  60197-6293


Whatley Construction Co Inc.
1617 Myrtle Ave
Chesapeake, VA  23325-3829


Whitlock Brothers, Inc
PO Box 12150
Norfolk, VA  23541-0150


Williams Development Co LLC
PO Box 7100
Virginia Beach, VA  23457-0100


Winchester Fire Protection
20892 Great Falls Forest Dr
Sterling, VA  20165-2428


Xerox Financial Services
45 Glover Ave
Norwalk, CT  06850-1238