UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

IN RE:      BROWN BUILDING CORPORATION          Chapter     11
                                                Case No.:   15-70267-FJS

CORPORATE OWNERSHIP STATEMENT

Pursuant to FRBP 1007(a)(1), or FRBP 7007.1(a) the undersigned counsel for the following corporate entity: <u>BROWN BUILDING CORPORATION</u>, in the above captioned case or adversary proceeding certifies that the following corporation(s), other than a governmental unit, directly or indirectly owns 10% or more of any class of the corporation's equity interest, or states that there are no entities to report under FRBP 1007(a)(1), or FRBP 7007.1(a):

■ No entities to report under FRBP 1007(a)(1), or FRBP 7007.1(a) *[Check if applicable]*

| | |
|---|---|
| **January 30, 2015** | **/s/William Harville (VSB # 19802)** |
| Date | William Harville (VSB # 19802) |
| | Counsel for **Brown Building Corporation** |
| | **Salmon Harville** |
| | **106 W. South Street, Set. 219** |
| | **P.O. Box 1572** |
| | **Charlottesville, VA 22902** |
| | **Tel. (434) 214-0210** |
| | **Fax (757) 353-4395** |
| | **Harvillelaw@gmail.com** |